AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Northern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br>Cordale Antonio Williams<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)    5:21-mj- 24<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 3, 2020__ in the county of __Ohio__ in the __Northern__ District of __West Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1)<br>21 U.S.C. 841(b)(1)(C) | Distribution of Cocaine Base |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Daniel P. Holmes, TFO, OVDTF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 03/05/2021

_____
*Judge's signature*

City and state: Wheeling, West Virginia

James P. Mazzone, U.S. Magistrate Judge
*Printed name and title*